144 A.3d 70

IN THE MATTER OF ANDREY V. ZIELYK, ORDER AN ATTORNEY AT LAW (ATTORNEY NO. 026891986)

September 8, 2016

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in DRB 15-232, concluding on the record certified to the

Board pursuant to *Rule* 1:20-4(f) (default by respondent) that **ANDREY V. ZIELYK** of **PARSIPPANY,** who was admitted to the bar of this State in 1986, and who has been temporarily suspended from the practice of law since February 10, 2015, should be censured for violating *RPC* 8.1(b)(failure to cooperate with disciplinary authorities) and *Rule* 1:20-3(g)(3), and good cause appearing;

It is ORDERED that **ANDREY V. ZIELYK** is hereby censured; and it is further

ORDERED that respondent remain suspended from the practice of law pursuant to the Orders of the Court filed February 10, 2015, and September 24, 2015, and until further Order of the Court, and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20-17.